468 A.2d 842

Harris, Appellant v. E.W. Smith, Co.

Argued February 1, 1983. Leonard Schaeffer, for appellant; Manya L. Kamerling, for appellee.

Before WIEAND, McEWEN and MONTGOMERY, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Lois G. Forer is affirmed.

468 A.2d 842

Hohensee, Appellant v. Graupp.

Submitted October 11, 1983. Ervin Hohensee, appellant, in propria persona; Jay N. Abramowitch, for appellee.

Before SPAETH, President Judge, MONTEMURO and POPOVICH, JJ.

The order of the trial court is affirmed.